BEDFORD *vs.* URQUHART ET AL.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF
NEW-ORLEANS.

No appeal lies from an interlocutory judgment, discharging a rule, requir-
ing the defendants to show cause, why their *amended* answers should not
be stricken from the record.

This case has been before this court in another and former
appeal. See 8 *Louisiana Reports*, 234.

On the return of the case to the Parish Court, Charles
Harrod and Stephen Henderson, by their counsel, with leave
of the court, filed their amended or supplemental answers on
oath, to the call in warranty made on them.

The counsel for the plaintiff took a rule on these defend-
ants, to show cause, why their amended or supplemental
answer to the said call in warranty, should not be set aside
and stricken from the record, on the following grounds :

1. That they are inconsistent with the original answers
and calls in warranty, by the same parties filed in this suit.

2. That they change the nature of the defence of these
parties to the original action.

3. That they were filed too late.

The parish judge on an *ex parte* hearing of the rule, on the
part of the plaintiff, made an order that it be discharged.

The plaintiff appealed.

On motion of *George Eustis*, Esq., of counsel for the
defendant, Urquhart, and on producing a final judgment for
the defendants in this case, on the merits, and showing fur-
ther that it was not appealable, the same was dismissed.

*Martin, J.,* delivered the opinion of the court.

The plaintiff is appellant from the discharge of a rule
which he had obtained on S. Henderson and C. Harrod, to
show cause why their supplemental or amended answers and

No appeal lies
from an interlo-
cutory judgment,
discharging a
rule, requiring
the defendants to
show cause, why
their *amended*
answers should
not be stricken
from the record.

calls in warranty, filed by them, should not be stricken from the record. This is clearly an interlocutory order, which wrought no irreparable injury, from which consequently no appeal could legally be taken.

It is, therefore, ordered, adjudged and decreed, that the appeal be dismissed with costs.